UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO,<br><br>            Defendant. | Case No.  2:22-cv-01244-JDP (PC)<br><br>ORDER DIRECTING MR. ROJAS TO FILE A SIGNED COMPLAINT AND EITHER SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Robert Eugene Rojas is a county prisoner proceeding without counsel. This action was opened when he submitted to the court an unsigned complaint. ECF No. 2. In addition to failing to sign his complaint, Mr. Rojas has not submitted either the required filing fee or an *in forma pauperis* affidavit accompanied by a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Consequently, Mr. Rojas has not properly commenced a civil action.

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of Mr. Rojas's complaint because he has not signed it. *See* ECF No. 2. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because the complaint is not signed, ECF No. 2, it will be disregarded. Within thirty days, Mr. Rojas may file a complaint that is signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). He must also submit either a complete application to proceed *in forma pauperis* or pay the $402 filing fee.

Accordingly, it is hereby ORDERED that:

1. Mr. Rojas's unsigned complaint, ECF No. 2, is disregarded.

2. The Clerk of Court is directed to send Mr. Rojas a form complaint and application for leave to proceed *in forma pauperis* used in this court.

2. Within thirty days of the date of this order, Mr. Rojas shall submit:

   a. a signed complaint;

   b. a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court; and

   c. a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the signed complaint.

4. Failure to comply with any part of this order may result in this case being closed.

IT IS SO ORDERED.

Dated:   July 25, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE