UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　Defendant. | Case No.  2:22-cv-01244-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On July 25, 2022, I notified Mr. Rojas that he did not properly commence a civil action because he submitted to the court an unsigned complaint. ECF No. 3. I granted him thirty days to file a complaint and submit either the $402 filing fee or a complete application for leave to proceed *in forma pauperis*. *Id.* To date, Mr. Rojas has not complied with that order.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Mr. Rojas will be given a chance to explain why the court should not dismiss the case for

his failure to file an amended complaint and for his failure to either pay the filing fee or submit an application for leave to proceed *in forma pauperis*. Mr. Rojas' failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, Mr. Rojas is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to state a claim. Should Mr. Rojas wish to continue with this lawsuit, he shall file, within twenty-one days, an amended complaint and either pay the $402 filing fee or submit a complete application for leave to proceed *in forma pauperis*. The Clerk of Court is directed to send to Mr. Rojas the court's form application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   October 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE