UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO,<br><br>  Defendant. | Case No.  2:22-cv-01244-TLN-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THE CLERK OF COURT BE DIRECTED TO CLOSE THE CASE<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

      This action was opened when Robert Rojas submitted an unsigned complaint. ECF No. 1. On July 25, 2022, I notified Mr. Rojas that he had not properly commenced a civil action because he had not signed the complaint, and that he needed either to submit an application to proceed *in forma pauperis* or to pay the filing fee. ECF No. 3; *see* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). I granted him thirty days to comply with that order and warned him that failure to do so would result in this case being closed. *Id.* Mr. Rojas failed to comply with that order by the deadline; accordingly, I ordered him to show cause for why this action should not dismissed. ECF No. 8.

      To date, Mr. Rojas has not complied with the July 25 order or otherwise responded it. Consequently, there is no case before the court. *See* Fed. R. Civ. P. 3.

      Accordingly, it is hereby RECOMMENDED that the Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    February 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE